FILED
NOV 23 2026
U.S. DISTRICT COURT
ELKINS WV 26241

Page 1 of 8
case: 5:26 cv 211
Bailey, Mazzone, Prince

Donald Carlos Seoane FKA Donny Long
VS
Pedophile Terrorist Pornstar Hooker Hiring War Mongering Dictator Treasonous Convicted Felon Kiddy Fiddler Rapist President Donald John Trump, His Treasonous Pedo Terrorist Gang in Government and the scared and paid off American Propaganda Media and Social Media Circus Clowns and more as follows including: My Thai Illegal Immigrant Wife Nantita Seoane AKA Pornstar Prostitute Heather Deep AKA Heather Deepthroat AKA Queen of Throatpies, Her Federal Police Officer for CBP DHS and ICE Onlyfans Pornfan Prostitution Client CUCK SIMP Women Beating Child Abusing Pedophile Terrorist Pimp Boyfriend Noel Arron Marquis, Pornstar Prostitute Stormy Daniels AKA Stephanie Clifford, Florida's Pornstar Hooker Hiring Pedophile Terrorist Treasonous Governor Ron Desantis AKA Ronald Desantis and his Pedo Terrorist Gang, Dishonorable Corrupt Pedophile Terrorist Thieving Scammer First Lady Casey Desantis, First Lady Mail Order Gold Digging Lying Cheating Backstabbing Worthless Americanized Disgraceful CUCK Whore Melania Trump, Oath Violating Corrupt James David Vance, Corrupt Treasonous Oath Violating Thieving Pedophile Terrorist James Uthmeier, Oath Violating Pedophile Terrorist Corrupt head Clerk Stacey Pectol, Corrupt Oath Violating Pedophile Terrorist Treasonous Racist Black Supremacist Chief of The Osceola County Florida Jail Keith E. Neely, Corrupt Oath Violating Pedophile Terrorist Treasonous Deputy Chief of The Osceola County Florida Jail Chris

Schell, Corrupt Oath Violating Treasonous Terrorist Racist Laura Rivera, Corrupt Oath Violating Treasonous Terrorist Racist Cynthia Rivera, Corrupt Oath Violating Treasonous Morbidy Obese Bisexual Pedophile Terrorist James B. Kenney, Corrupt Oath Violating Treasonous Terrorist Pedophile Unconvicted Sex Offender Racist Valentina Vargas Rosso, Corrupt Oath Violating Treasonous Pedophile Terrorist Racist Yuberky Almonte, Corrupt Oath violationg Treasonus Pedophile Terrorist Man Hating Racist Butch Bulldike Holly Dorman, Corrupt Oath Violating Treasonous Pedophile Terrorist Joseph M. Finick, Corrupt Oath Violating Treasonous Pedophile Terrorist Morbidly Obese black Supremacist Ashlie Harmon, Corrupt Oath Violating Treasonous Morbidly Obese Black Supremacist Pedophile Terrorist Joy Gibson, Corrupt Oath Violating Treasonous Racist Pedophile Terrorist Homosexual Santos Garcia, Corrupt Oath Violating Treasonous Pedophile Terrorist Stephen K. Pearsall, Pedophile Terrorist Christine Marquis, Christina Marquis, Noel Marquis, Zachary Marquis, ousted and now arrested on 29 charges of Racketeering Corrupt Pedophile Terrorist Puerto Rican Cartel Racist Marcos R. Lopez elected exhead Sheriff of Osceola County Florida and Ron Desantis good friend and partner in crime, Corrupt Oath Violating Pedophile Terrorist Speaker of the House of the Florida Representative's Daniel Perez, Republican Law Maker Corrupt Oath Violating Pedophile Terrorist Robert Alexander "Alex" Andrade, Corrupt Oath Violating Pedophile Terrorist Ashley Moody, Rick Scott,

Byron Daniels, Erica Booth, Michelle Gilliam, Melanie Komorowski, Blan Teagle, Pamela Jo Bondi, Todd Blanche, Hayden O'Byrne, Gregory W. Kehoe, Michael Spaven, Kash Patel, Brian Hass, Monique Haughton Worrell, Christopher Blackmon, Stephen Hopes, Gary J. Cooney, Kristi Noem, Panagiota Papakos, Florida Center for Government Accountability, Project on Government Oversight, FBI Orlando, Mike Johnson, Markwayne Mullin, Monalissa Young, Executive Office of the president, Alec Garnett, Tusi Gabbard, Merrick Garland, Jenna Howell, Ghislaine Maxwell, John Ratcliffe, Marco Rubio, Todd M. Lyons, Judicial Watch INC., Inside Edition, Sean Hanity, Tucker Carlson, Huffington Post, Washington Post, NY Times, MSNBC, CNN, Miami Hearld, AP News, Free Speech Coalition, Louder with Crowder LLC, Steven Crowder, Candace Owens, The Daily Wire, Elon Musk, Tesla INC, Mark Dice, Jesse Ventura, Glen Beck, Joe Rogan, Vice Media, Alexandria Ocasio-Cortez, Orlando Sentinal, BBC Studios Americas INC, WPLG Local 10 News, Collen A. Monroe, DHS Orlando Field office, FBI Tampa, FDLE Orlando, FDLE Tallahassee Florida, DOJ Tampa, The Florida Commission on Ethics, Kerrie Stillman, Steven J. Zuikowski, Luis M. Fuste, Tina Descovich, FDLE Miami, Alex Jones, Andrew Torba, Associated Press, U.S. CMG Media Corp DBA Cox Media Group, The First Amendment Foundation, Headquarters of Gannett, Graham Media Group, Mcclatchy Company Headquarters, The Editor The New York Times, Nexstar Media Group, The Scripps center, Sun Sentinel Deerfield Beach FL, Times Publishing Company, NBC Universal Media, Integrity Florida

Institute, American oversight, Ben Shapiro, Media Matters, Adam 22, TMZ, Los Angeles Times, Eric Trump, The Trump Organization, USA Today, Tampa Tribune, Lakeland Ledger, Spectrum News, Druge Report, Project Veritas, Media Matters for America, AVN Media Network, Fox 35 Orlando, WFTV 9, WESH 2, WFLA-TV, WFTS, WFTS 9, WTFP, Fox 13 Studios, WKMG-TV6, FOX 6, XBIZ, ABC World News, ABC News, Fox News, Cable Network News, Newsmax, Courthouse News Service, All in their Public and Private capacities as corrupt and discriminating engaged in RICO Activities with others operating by fraud and Multi-Tiered and Multi-Jurisdictional Racketeering by pattern in practice under their leadership corruptly and Discriminatory RICO Activity and Domestic Terrorism and Fraud upon American Tax Payers, operating Discriminatory and corruptly refusing to protect crime victims rights, Refusing to investigate public corruption and refusal to allow access to a grand jury.

GOVERNOR CANDIDATE POLITICAL PRISONER EXPORNSTAR DAD DONNY LONG SUES PRESIDENT DONALD JOHN TRUMP AND....

By: Donald Carlos Seoane [signature]
Mail TO: 402 Simpson Rd. Kissimmee, FL 34744
ID: Seoane, Donald 1277492
Text through smartinmate.com
Video Call ICsolutions.com

Let me start out by saying that if I was a woman and or mother crying out for help then none of this would have happened and if I was any color but WHITE or any gender but straight then none of this would have happened either. But because I am a straight white male in 2026, im being discriminated against, terrorized and silenced and im having to file this now in fear for my life from my MAX custody level jail cell in the F pod or "The Box" or "Hood" where they just put me AGAIN with violent mentally ill gang banging murders and worse that are in this pod for fighting with inmates and staff and worse when I'M a nonviolent innocent inmate pending trial for three years that's never got in any trouble here but since I'm suing jail staff and standing up for my rights and exposing corruption they are retaliating. They did this because they are trying to kill me. I have been falsely imprisoned held hostage with no bond as a political prisoner in The Osceola County Jail in Florida for three years now as a minumium custody inmate with no court or trial date for 18 months even though me and my five private paid lawyers are fully prepped for trial for three years now on my bogus cases. 7 false arrest and 14 false charges all beat down to 1 false arrest and 3 false charges. I'm filing this against the following defendants in hopes that ATLEAST ONE OF THEM will finally stop violating my human and Constitutional rights and help me and my children get some legal justice and or get my story out there before the Government

Epstien's me off in a cell as they have been trying to do for three years now but now they are really trying after they just targeted me with complete lie's from jail officials I was suing and put my custody from Minimum to Max and are trying to Kill me with violent gang banging mentally ill phycopaths maliciously to have me hurt or Killed all to shut me up because I Know too much about many things about many corrupt Government officials and their envolvement in tons of crimes including to do with the Porn Industry, Pornstar Prostitution, Money laundering, Theft of Tax payer money, sexual abuse including done to my children by them and their Pedophile Terrorist Gang and now all the crimes, physical abuse, sexual abuse and more from several corrupt public servant employees at the Inhumane Osceola County Florida Jail towards myself and countless other inmates and jail officials pocketing tax money while inmates are in inhumane conditions being cruel and unusually punished and terrorized for a profit! They falsely imprisoned me to shut me up and get me away from media and social media after I sued 27 of them in "Seoane VS Derenthal" back in 2023 in Federal Court and Florida's Governor Ron Desantis had it censored, hidden from Public view and thrown out as I was running for Florida's Governor all over social media promising to lock him and tons of other corrupt officials up if I got elected in! He at the time was running for President and if him and his

Gang didnt get me away from the media and social media he wasn't going to get elected Dog catcher and rather end up in prison for life where he and so many others here belong. DuckDuckgo.com "Seoane VS Derenthal criminal complaint 3" and also see Youtube channel "Noelleaks" and the second video uploaded called "Save My Children Full Movie". Hopefully someone in Government and or media or social Media will get my story out there to put pressure for something to be done and get me and my Kids justice and get me to a jury trial to prove my innocence at the very least and hopefully sooner or later get many highly corrupt officials held legally accountable for all their crimes they have committed against my family and I including my four young Kids!!! I will be amending this many times as I get more access to paper, pens, envelopes and copies as they are trying to stop me from making filings also but for now because of Ron Desantis and his Gang including the jail officials now seriously targeting me and putting my life in serious danger and the abusive conditions of confinement and torture I will be filing a motion for TRO ASAP detailing it all! They just blocked me from having all contact with the outside world through phone, text or video call and shut off my jail tablet accounts ability to file Grievances and request to stop me from documenting all the abuse as well as accessing all my evidence in there for my

cases and they Keep making more false allegations against me as much as they can and refuse to put the GoPro Camera contact order back in place that was previously protecting me from all this!!!

Therefore I Pray the following:

1. Order each defendant to pay me six million USD.
2. A permanent injunction against Florida and The Osceola County Sheriff's office so they can never do this again to me.
3. Allow me several months to update and amend this.
4. Order Chief Keith E. Neely to stop violating his Oath and neglecting his duty as chief and to restore my rights.
5. Order Stacey PeCtol to get the panel to rule at the sixth DCA in Lakeland on the states fraudulant Interlocatory appeal that's stopping me from having a court or trial date for 18 months now after three years falsely imprisoned.
6. Order Governor Ron Desantis to order me to trial.
7. Any and all relief this court finds just.

I swear under penalty of perjury all is true to the best of my Knowledge and I provided a copy to all parties on this 27 day of 7, 2026.