[redacted]

Dear Clerk,

Please file the attached filing and mail me back my original or a copy.

Thanks, Donald Seoane

PS, Please use this address where I'm being held and not my local address.

[redacted] [redacted]

PRO SE