~~Smart Communications~~
~~Osceola County Corrections~~
~~Inmate Name:~~
~~Inmate ID:~~
~~P.O. Box 9127~~
~~Seminole, FL 33775-9127~~

OCCD
402 Simpson Rd.
Kissimmee, FL 34744
ID: Seagre, Donald 1277492

west Virginia Northern District court
300 Third st.
Elkins, WV 26241

USA FOREVER

RECEIVED
NOV 23 2026
U.S. DISTRICT COURT
ELKINS WV 26241

262413OS98 C007

legal Mail