**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
WHEELING

Donald Carlos Seoane

Plaintiff(s)

v. Case No: 5:26-cv-211

Pedophile Terrorist Pornstar Hooker Hiring War Mongering Dictator Treasonous convicted Felon Kiddy Fiddler Rapist President Donald John Trump, et al

Defendant(s)

**NOTICE OF DEFICIENT PLEADING**

To correct the Deficient Pleading within 21 days of the date of the notice, the Plaintiff/Petitioner must file the item(s) marked with an "X":

- ☒ The **complete** names of all defendants/respondents, or as much of the names as is known, and a complete address for each.
- ☒ An Application in Forma Pauperis to proceed without prepayment of the full or partial filing fees or a fee of $405.00
- ☒ Consent to Collection of Fees from Trust Account (form enclosed)
- ☒ Prisoner Trust Account Report (form enclosed)
- ☐ Needs to be on correct form (form enclosed) per Local Rules of Prisoner Litigation Procedure 3.4 ★★
- ☒ Ledger Sheets
- ☐ Other:

If the Plaintiff/Petitioner fails to file the items indicated by "X" within 21 days from the date of this notice, the court will dismiss this case for failure to prosecute. Fed. R. Civ. P. 41(b).

**Please keep in mind, each form must be completed in full with no blanks and include any required attachments.**

★★ When refiling with correct complaint/petition form, merely stating on the form "see original complaint" or "see original petition" or attaching the original complaint/petition as an exhibit is not sufficient.

**WARNING!**

**FAILURE TO COMPLETE AND SUBMIT EACH OF THE CORRECT AND REQUIRED FORMS IN THEIR ENTIRETY COULD RESULT IN DELAYS IN YOUR CASE OR YOUR COMPLAINT COULD BE DISMISSED!**

Date: November 23, 2026 Stephanie Hainer Ojeda

Clerk of Court

Enclosure(s)